B3B (Official Form 3B) (12/07) – Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: Daniel Geiter / Nocturna Geiter
Debtor(s)

Case No. 09-25587

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ __74.75__ on or before __8-31-09__
   $ __74.75__ on or before __9-30-09__
   $ __74.75__ on or before __10-16-09__
   $ __74.75__ on or before __11-6-09__

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                        (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _____

BY THE COURT:
_____
United States Bankruptcy Judge

8-5-09

CERTIFICATE OF SERVICE

Case Number:    09-25587
Case Name:      Daniel and Nocturna Geiter Debtor(s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 6th day of August, 2009 I caused to be served via first class mail a true and correct copy of:

order on debtor's application for waiver of chapter 7 filing fee dated: August 5, 2009

addressed to each of the following named individuals:

Daniel and Nocturna Geiter
13033 Seeley Ave. #1
Blue Island, IL 60406


_____
Karen Jacobs
Courtroom Deputy

**FILED**

AUG 0 6 2009

SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE